**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ALVIN HUGHES, ) | |
| ID # 478107, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:11-CV-0352-K-BH |
| ) | |
| CITY OF DALLAS, ) | |
|     Defendant. ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is Plaintiff's *Motion to Proceed On Appeal To The Fifth Circuit Court In Forma Pauperis*, received August 30, 2011 (doc. 20).

(**X**)  The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith.

**If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 31st day of August, 2011.**

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE